**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                         415.522.2000

**March 7, 2012**

**CASE NUMBER:  CV 12-00876 MEJ**

**CASE TITLE:  MARY BAUER-v-TACEY GOSS PS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 3/7/12

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                 Special Projects
Log Book Noted                                      Entered in Computer 3/7/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA