**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PETER DIXON, SB# 39063
 E-Mail: dixon@lbbslaw.com
ALEX A. GRAFT, SB# 239647
 E-Mail: graft@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
TACEY GOSS, P.S., S. SHAWN TACEY,
CLARK C. GOSS III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BAUER; CHICFIT, INC.; JAMES BAUER JR.; DONNA BARNHART; WOMEN'S HEALTH DEVELOPERS, INC.; TERRY CICHOCKI; LIVIBETH, INC., ALI DAVIDSON; KELLY DAVIDSON; KHRYSALIS ENTERPRISES, INC.; BFL, INCORPORATED; KAREN DRISCOLL; KEVIN DRISCOLL; THE DRISCOLL COMPANY; JANEENE FITZGERALD; THE MONARCH GROUP, LLC; SETH GOODMAN; FIRST FITNESS ONE, LLC; LEE HARRELL; TODD HARRELL; SCOTT HARRELL; DEBORAH HARRELL; EMERALD COAST WOMEN'S FITNESS, LLC; GEOFF HENDERSON; SUSIE HENDERSON; HENDERSON CONSULTING; LLC; ROBIN WASHINGTON; HUBERT WASHINGTON; and STRETCH FORTH, L.P., <br><br> Plaintiffs, <br><br> vs. <br><br> TACEY GOSS, P.S. a Washington professional services entity, S. SHAWN TACEY, an individual resident in Washington, CLARK C. GOSS III, an individual resident in Washington, and DOES 1 through 10, <br><br> Defendants. | CASE NO. C-12-00876 JSW <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO STAY ORDER PENDING APPEAL; [PROPOSED] ORDER** <br><br><br> Hon. Jeffrey S. White <br> Courtroom 11 |

SUBJECT TO COURT APPROVAL, Plaintiffs MARY BAUER; CHICFIT, INC.; JAMES BAUER JR.; DONNA BARNHART; WOMEN'S HEALTH DEVELOPERS, INC.; TERRY CICHOCKI; LIVIBETH, INC., ALI DAVIDSON; KELLY DAVIDSON; KHRYSALIS ENTERPRISES, INC.; BFL, INCORPORATED; KAREN DRISCOLL; KEVIN DRISCOLL; THE DRISCOLL COMPANY; JANEENE FITZGERALD; THE MONARCH GROUP, LLC; SETH GOODMAN; FIRST FITNESS ONE, LLC; LEE HARRELL; TODD HARRELL; SCOTT HARRELL; DEBORAH HARRELL; EMERALD COAST WOMEN'S FITNESS, LLC; GEOFF HENDERSON; SUSIE HENDERSON; HENDERSON CONSULTING; LLC; ROBIN WASHINGTON; HUBERT WASHINGTON; and STRETCH FORTH, L.P. ("Plaintiffs"), on the one hand and Defendants TACEY GOSS, P.S., S. SHAWN TACEY and CLARK C. GOSS III ("Tacey Goss"), on the other (collectively, "the Parties"), through their attorneys of record, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, this Court's Order granting Tacey Goss' Motion to Dismiss was appealed to the Ninth Circuit on July 18, 2012.

WHEREAS, on July 31, 2012, Plaintiffs filed with the Ninth Circuit a "Motion to Amend Time Schedule Order in Order to Expedite Briefing and For Expedited Hearing Upon Submission," in which Plaintiffs also requested that the Ninth Circuit "stay the order" ("Motion to Stay").

WHEREAS, the Ninth Circuit denied the Motion to Stay on October 17, 2012, without prejudice to its renewal following presentation of the Motion to this Court pursuant to Fed. R. App. P. 8(a), and further denied expedition of the appeal.

WHEREAS, Tacey Goss' opposition brief to the appeal is presently due to be filed on November 26, 2012, and Plaintiffs' reply brief is presently due to be filed on December 10, 2012.

WHEREAS, on October 22, 2012, Plaintiffs presented a "Motion to Stay Order of Dismissal Until Pending Appeal is Decided," which is not set for hearing until January 18, 2013, but presently requires the opposing brief to be filed by November 5, 2012, and Plaintiffs' reply brief by November 13, 2012.

WHEREAS, Tacey Goss will oppose the Motion to Stay in part on grounds that the appeal

is not likely to succeed, which it will attempt to show by reference to the arguments and analysis contained in its opposition appellate brief presently due to the Ninth Circuit by November 26, 2012.

WHEREAS, because of the reason set forth in the foregoing paragraph, Tacey Goss desires to complete its opposition appellate brief in advance of filing an opposition to the Motion to Stay and Plaintiffs desire to complete their reply appellate brief in advance of filing a reply in support of the Motion to Stay, each of which could still be accomplished more than a month prior to the hearing set for the Motion to Stay pursuant to the proposed briefing schedule set forth herein.

Based upon the foregoing, the Parties hereto STIPULATE that, pursuant to this Honorable Court's approval, good cause exists for a short continuance of the briefing schedule, as follows.

The deadline for Tacey Goss to file an opposition to the Motion to Stay shall be extended until December 3, 2012, and the deadline for Plaintiffs to file a reply in support of the Motion to Stay shall be extended until December 14, 2012.

**IT IS SO STIPULATED.**

DATED: October 29, 2012          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ___/s/ Alex A. Graft___
Alex A. Graft
Attorneys for All Defendants

DATED: October 29, 2012          SQUIRE SANDERS LLP

By: ___/s/ Rodney R. Patula___
Rodney R. Patula
Attorneys for All Plaintiffs

## ORDER

Having considered the foregoing stipulation between the Parties and good cause being shown therefor, the briefing schedule on the pending Motion to Stay Order of Dismissal Until Pending Appeal is Decided shall be extended as follows:

The deadline for Tacey Goss to file an opposition to the Motion to Stay Order of Dismissal Until Pending Appeal is Decided, presently set for hearing on January 18, 2013, shall be extended until ~~December 3~~ November 29, 2012, and the deadline for Plaintiffs to file a reply in support of the Motion to Stay shall be extended until ~~December 14~~ December 7, 2012.

**IT IS SO ORDERED.**

DATED: ___October 31___, 2012

_____
Hon. Jeffrey S. White